**F I L E D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 16 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

Northern District of Illinois

Case number *(If known)*: _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an
amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Tracey<br>First name | _____<br>First name |
| | | Martin<br>Middle name | _____<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | _____<br>Last name | _____<br>Last name |
| | | _____<br>Suffix (Sr., Jr., II, III) | _____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | Tracey<br>First name | _____<br>First name |
| | | Dent<br>Middle name<br>Last name | _____<br>Middle name<br>Last name |
| | | _____<br>First name | _____<br>First name |
| | | _____<br>Middle name | _____<br>Middle name |
| | | _____<br>Last name | _____<br>Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9 7 6 4<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1 _Tracey_ _MARTIN_
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |

**5. Where you live**

5420 W. Flournoy
_____
Number    Street

Chicago          IL 60644
_____
City          State   ZIP Code

Cook
_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City          State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____
City          State   ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City          State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____

Debtor 1   _Tracey_____ _MARTIN_____    Case number (if known)_____
First Name   Middle Name   Last Name

---

## Part 2:  Tell the Court About Your Bankruptcy Case

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.  District _____ When _____  Case number _____
                                              MM / DD / YYYY

District _____ When _____  Case number _____
                                              MM / DD / YYYY

District _____ When _____  Case number _____
                                              MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.  Debtor _____  Relationship to you _____

District _____ When _____  Case number, if known_____
                                              MM / DD / YYYY

Debtor _____  Relationship to you _____

District _____ When _____  Case number, if known_____
                                              MM / DD / YYYY

---

**11.  Do you rent your residence?**

☐ No.  Go to line 12.

☑ Yes.  Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    _Tracey_ _Martin_____    Case number *(if known)*_____
              First Name    Middle Name    Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---------|---------------------------------------------------------|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                        State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---------|-----------------------------------------------------------------------------------------------|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?    _____

                              _____

        If immediate attention is needed, why is it needed?  _____

                              _____

        Where is the property?  _____
                                Number        Street

                              _____

                              _____
                              City                        State        ZIP Code

Debtor 1    _Tracey_    _Martin_

First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.



Debtor 1   _Tracey_   _MARTIN_                    Case number (if known)_____

First Name   Middle Name   Last Name

---

**Part 6:   Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c. State the type of debts you owe that are not consumer debts or business debts.** _____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☑ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:   Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Tracey Martin_                      ✗ _____
  Signature of Debtor 1                    Signature of Debtor 2

Executed on  _01_ _16_ _2018_            Executed on  ___ / ___ / _____
            MM / DD  /YYYY                           MM / DD  /YYYY

---

Debtor 1 _Tracey_ _Martin_    Case number *(if known)* _____
First Name    Middle Name    Last Name

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____    Date _____
Signature of Attorney for Debtor    MM / DD /YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City    State    ZIP Code

Contact phone _____    Email address _____

_____
Bar number    State

Debtor 1 _Tracey_ _Martin_    Case number (if known)_____
First Name    Middle Name    Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _Tracey Martin_    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Date _01-16-2018_    Date _____
MM / DD / YYYY    MM / DD / YYYY

Contact phone _____    Contact phone _____

Cell phone _708-595-8671_    Cell phone _____

Email address _tracey_martin2atsbc_    Email address _____
_global.net_

Print    Save As    Add Attachment    Reset

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: TRACEY MARTIN                    )
                                        )
                                        )
                                        )
          Debtor (s)                    )   Case No.
                                        )
                                        )   Chapter
                                        )
                                        )

List of Creditors

| | |
|---|---|
| DELL FINANCIAL SERVICES L.L.C. / MIDLAND CREDIT MANAGEMENT, INC 2365 Northside Drive, Suite 300 San Diego, CA 92108, Account # 8571201838, Original Account # 6879945012300289131 $700.00 | GAP / SYNCHRONY BANK / CONVERGENT OUT-SOURCING INC., P.O. Box 9004 Renton, WA 98057-9004. Account # T-51094988. Original Account # 6018595391985591 $550.00 |
| MACY'S / ARS NATIONAL SERVICES INC P.O. Box 469100, Escondido, CA 92046-9100. Original Account # 438065136450, ARS REFERENCE # 35557107 $1200.00 | CAPITAL ONE / Portfolio Recovery Associates, LLC. P.O. Box 12914, Norfolk Norfolk, VA 23541. Account # 4003448867203588 $3500.00 |
| University Pain Physicians LLC P.O. Box 1151, Glenview, IL 60025-8103 Account # 53906 $80.00 | Old Navy / SYNCHRONY BANK / MIDLAND CREDIT, 2365 Northside Drive, Suite 300 San Diego, CA 92108. Account # 6018596414241335, MCM # 8574452183 $1200.00 |
| TARGET CARD SERVICES P.O. Box 660170, Dallas TX, 75266 Account # 9329984330 $1100.00 | AMAZON / SYNCHRONY BANK / MCM, 2365 Northside Drive, Suite 300, San Diego, CA 92108. Account # 6045781067254275, MCM # 8574462454 $700.00 |
| Chicago Patrolmen's FCU P.O. Box 3112, TAMPA, FLORIDA 33631-3112. Account # $2000.00 | WALMART / SYNCHRONY BANK / MCM 2365 Northside Drive, Suite 300 San Diego, CA 92108. Account # 6032261470077036, MCM # 8574453534 $2100.00 |

Debtor 1   TRACEY MARTIN

| | |
|---|---|
| RUSH OAK PARK HOSPITAL<br>26099 NETWORK PLACE<br>CHICAGO IL 60673<br>ACCOUNT # 5622912000 7   $550.00 | JUNIPER/BARCLAYS BANK/LTD<br>FINANCIAL SERVICES, 7322 SOUTHWEST<br>FREEWAY SUITE 1600, HOUSTON, TX. 77074<br>REF # T60025270919<br>#0931   $1800.00 |
| NOVA CARE<br>P.O. BOX 644717<br>PITTSBURGH, PA 15264<br>ACCOUNT # 840223318   $200.00 | JUNIPER/BARCLAYS BANK/CAPITAL<br>MANAGEMENT SERVICES-698½ S. OGDEN<br>ST., BUFFALO, NY 14206<br>ACC #8491   $3000.00 |
| RUSH OAK PARK HOSPITAL<br>26099 NETWORK PLACE<br>CHICAGO IL 60673<br>ACCOUNT # 1447743   $1500.00 | JUNIPER/BARCLAYS BANK<br>PO BOX 8833, WILMINGTON, DE<br>19899<br>ACCOUNT 5140218027972270   $2000.00 |
| UNIVERSITY ANESTHESIOLOGISTS SC<br>P.O. BOX 128<br>GLENVIEW, IL 60025<br>ACCOUNT # 170105609   $60.00 | |
| AFFILIATED RADIOLOGIST<br>DEPARTMENT # 7505<br>PO BOX 1259<br>OAKS, PA 19456<br>ACCOUNT# 100141357676.1   $20.00 | |
| M3 FINANCIAL SERVICES INC<br>10330 ROOSEVELT RD STE 200<br>WESTCHESTER, IL 60154<br>WATERMARK PHYSICAN SERVICES<br>ACC#1508019A683G12690610   $120.00 | |
| M3 FINANCIAL SERVICES IN<br>10330 ROOSEVELT RD STE 200<br>WESTCHESTER, IL 60154<br>WATERMARK PHYSICIAN SERVICES<br>ACC.# 1508019A623G12802543   $120.00 | |
| WALMART/BLITT AN GAINES, PC<br>6601 GLENN AVE., WHEELING, IL 60090<br>ACCOUNT 6003220140077036   $2160.00 | |
| | |
| | |

Debtor 1 _____ TRACEY MARTIN _____

| | |
|---|---|
| CHASE BANK / CLIENT SERVICES, INC. 3451 HARRY S. TRUMAN BLVD, ST. CHARLES, MO. 63301-4047 ACCOUNT # 414720220751293 REFERENCE # 24238209  $6000.00 | BRYLANE HOME, PO BOX 182789 Columbus, OH 43218 ACCOUNT # 403394871  $1000.00 |
| JUNIPER / BARCLAYS BANK / BLITT AND GAINES, P.C. 661 GLENN AVE. WHEELING IL 60090 ACCOUNT # 4327477901217669 FILE # 17028192  $3100.00 | KOHLS / CAPONE PO BOX 3115 MILWAUKEE, WI. 53201 ACCOUNT # 069260538901 # 639305069260  2,500.00 |
| JC PENNEY / SYNCHRONY BANK / PORTFOLIO RECOVERY ASSOCIATES, LLC, P.O. BOX 12914, NORFOLK, VA 23541. ACCOUNT # 600889590544 2819  $400.00 | CARSON'S, P.O. BOX 659813, SAN ANTONIO, TX 78265 ACCOUNT # 211712001161 6283  $2000.00 |
| SPRINT , P.O. BOX 629023, EL DORADO HILLS CA 95762-9023 ACCOUNT # 814846814  $929.40 | HOME DEPOT, PO BOX 9001010 LOUISVILLE, KY 40290 ACCOUNT # 603532051391 8639  $2000.00 |
| NORDSTROM / TD BANK NA / TRANS WORLD SYSTEM INC. P.O. BOX 15095, WILMINGTON, DE 19850 ACCOUNT # 73468923, ORIGINAL ACCOUNT # 4470431041122136  $800.00 | CAPITAL ONE / ARS NATIONAL SERVICES P.O. BOX 496046, Escondido, CA 92046, ARS REF. # 34178500 ACCOUNT # 4147099557788614  $3000.00 |
| SEARS / CITI BANK / UNITED COLLECTION BUREAU, INC. 5620 SOUTHWYCK BLVD. SUITE 206 TOLEDO, OH 43614, REFERENCE # 54274174, ORIGINAL ACCOUNT # 5049941496065928  $250.00 | CITY OF CHICAGO EMERGENCY MEDICAL SERVICES / ARNOLD SCOTT HARRIS ACCOUNT # 32539995  $521.62 |
| PAY PAL / SIMM ASSOCIATES, INC. P.O. BOX 7526, NEWARK, DE. 19714 SIMM # 9834395 ORIGINAL ACCOUNT 5049906117436758  $800.00 | CAPITAL ONE P.O. BOX 30285 SALT LAKE CITY, UT 84130 ACCOUNT # 5178059535930631  $3000.00 |
| VICTORIA'S SECRET / JEFFERSON CAPITAL SYSTEMS, LLC, DIVERSIFIED CONSULTANTS P.O. BOX 551268, JACKSONVILLE, FL. 32255, REFERENCE # 49270578  $600.00 | RUSH OAK PARK HOSPITAL 470 WEST HAWES MILL ROAD WINSTON-SALEM, NC 27113 ACCOUNT # 52629120001  $205.00 |
| NEW YORK + COMPANY / COMENITY BANK, P.O. BOX 182273, COLUMBUS OH 43218 ACCOUNT # 616854357  $1500.00 | RUSH OAK PARK HOSPITAL 26099 NETWORK PLACE CHICAGO, IL 60673 ACCOUNT # 52629120003  $150.00 |
| SAMS CLUB, P.O. BOX 530942 ATLANTA, GA 30353 ACCOUNT # 7714100537157315  $2000.00 | RUSH OAK PARK HOSPITAL 26099 NETWORK PLACE CHICAGO IL 60673 ACCOUNT # 52629120004  $650.00 |